**Order entered April 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01615-CV

**TRANSITIONAL ENTITY LP, DURACARE LLC, AND CHARLES SYLVESTER,**
**Appellants**

**V.**

**ELDER CARE LP AND BEVERLY A. DAWSON, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-11642**

## ORDER

We **GRANT** appellants' April 22, 2015 second agreed motion to enlarge time to file brief and **ORDER** the brief be filed no later than May 15, 2015. Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
       JUSTICE